United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEEPA KRISHNA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-22-3423 |
| | § |
| NATIONAL UNION FIRE INSURANCE | § |
| COMPANY OF PITTSBURGH, PA., | § |
| | § |
| Defendant. | § |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 8th day of June, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE